DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
GC SERVICES LIMITED PARTNERSHIP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual<br><br>            Plaintiff,<br><br>      vs.<br><br>CITIMORTGAGE, INC., a New York Corporation; GC SERVICES LIMITED PARTNERSHIP, a Delaware Partnership; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT RECOVERY, a California Corporation<br><br>            Defendants. | Case No.: 11-cv-00986-MCE-EFB<br><br>**ORDER**<br><br>Hon. Morrison C. England, Jr.<br>Complaint Filed:    April 13, 2011 |

Plaintiffs Karen Quinlan aka Karen Betzler and Bob Betzler having not amended their complaint to state any claims against G C Services Limited Partnership.  Pursuant to the Court's order dated June 20, 2011, plaintiffs' claims against GC Services Limited Partnership are dismissed without leave to amend.

IT IS SO ORDERED

Date: July 15, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1