Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
*amdostalova@wolfewyman.com*
**WOLFE & WYMAN LLP**
2175 N. California Boulevard, Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

**Attorneys for Defendant**
**CITIMORTGAGE, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; GC SERVICES LIMITED PARTNERSHIP, a Delaware Partnership; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT RECOVERY, a California Corporation,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-00986-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-1(a)] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-1(a) and is made by and between Plaintiffs KAREN QUINLAN aka KAREN BETZLER, and BOB BETZLER ("Plaintiffs") (hereinafter "Plaintiffs") and Defendant CITIMORTGAGE, INC. (hereinafter "CMI"), by and through their respective counsel of record herein, agree and stipulate as follows:

　　　A.　　On or about November 22, 2011 CMI requested of Plaintiffs an extension of time to respond to the Third Amended Complaint until and including December 6, 2011.

　　　B.　　On or about November 22, 2011, Plaintiffs' counsel agreed to extend CMI's time to respond to the Third Amended Complaint until and including December 6, 2011.

C. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that CMI has until and including December 6, 2011 to respond to Plaintiffs' Complaint.

DATED: November 28, 2011         WOLFE & WYMAN LLP

By: /s/ *Alice M. Dostalova*
STUART B. WOLFE
ALICE M. DOSTÁLOVÁ
Attorneys for Defendant
**CITIMORTGAGE, INC.**

PHIL RHODES LAW CORPORATION

DATED: November 28, 2011

By: /s/ *Philip J. Rhodes* (authorized November 28, 2011)
PHILIP J. RHODES
Attorney for Plaintiffs
**KAREN QUINLAN aka KAREN BETZLER, and BOB BETZLER**

///

///

*** ORDER ***

IT IS SO ORDERED.

Dated: December 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

2
**STIPULATION TO EXTEND TIME**