Kelly Andrew Beall (SBN 162456)
*kabeall@wolfewyman.com*
Alice M. Dostalova-Busick (SBN 244513)
*amdostalova-busick@wolfewyman.com*
WOLFE & WYMAN LLP
516 W. Shaw Avenue, Suite 200
Fresno, California 93704-2515
Telephone:  (559) 495-0100
Facsimile:   (559) 495-0101

Attorneys for Defendant
CITIMORTGAGE, INC., CITIFINANCIAL,
INC. and CITIBANK N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; GC SERVICES LIMITED PARTNERSHIP, a Delaware Partnership; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT RECOVERY, a California Corporation,<br><br>   Defendants. | Case No.: 2:11-cv-00986-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT; ORDER**<br><br>**[L.R. 143]** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

This Stipulation is made pursuant to Local Civil Rule 143 and Federal Rules of Court, Rule 83, and is made by and between Plaintiffs KAREN QUINLAN and BOB BETZLER ("Plaintiffs") and Defendants CITIMORTGAGE, INC., CITIFINANCIAL, INC., and CITIBANK N.A., ("CITI Defendants") by and through their respective counsel of record therein.  The parties hereby agree and stipulate as follows:

1. On June 22, 2012, the Court issued its Order denying CITI Defendants' Motion to Dismiss.

///

---

1

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

1110146.1

2. A response to the Third Amended Complaint is due July 9, 2012 pursuant to Federal Rules of Civil Procedure Rules 12(4)(B), Rule 6(a), and Rule 5(b)(2)(E).

3. On July 2, 2012, Plaintiffs agreed to extend the CITI Defendants' time to respond to the Third Amended Complaint until July 20, 2012.

**WHEREFORE,** the parties stipulate and agree that the CITI Defendants' response to the Third Amended Complaint shall be filed by July 20, 2012.

DATED: July 3, 2012                    WOLFE & WYMAN LLP


By:   */s/ Alice M. Dostalova-Busick*           .
        KELLY ANDREW BEALL
        ALICE M. DOSTÁLOVÁ-BUSICK
Attorneys for Defendant
**CITIMORTGAGE, INC., CITIFINANCIAL, INC. and CITIBANK N.A.**

DATED: July 5, 2012                    PHIL RHODES LAW CORPORATION


By:   */s/ Philip J. Rhodes (authorized July 5, 2012)*.
        PHILIP J. RHODES, ESQ.
Attorneys for Plaintiffs
**KAREN QUINLAN and BOB BETZLER**


**IT IS SO ORDERED:**

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

1110146.1