Kelly Andrew Beall (SBN 162456)
*kabeall@wolfewyman.com*
Alice M. Dostalova-Busick (SBN 244513)
*amdostalova-busick@wolfewyman.com*
WOLFE & WYMAN LLP
516 W. Shaw Avenue, Suite 200
Fresno, California 93704-2515
Telephone:  (559) 495-0100
Facsimile:   (559) 495-0101

Attorneys for Defendant
CITIMORTGAGE, INC., CITIFINANCIAL,
INC. and CITIBANK N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; GC SERVICES LIMITED PARTNERSHIP, a Delaware Partnership; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT RECOVERY, a California Corporation,<br><br>Defendants. | Case No.: 2:11-cv-00986-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**[L.R. 143]** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

This Stipulation is made pursuant to Local Civil Rule 143 and Federal Rules of Court, Rule 83, and is made by and between Plaintiffs KAREN QUINLAN and BOB BETZLER ("Plaintiffs") and Defendants CITIMORTGAGE, INC., CITIFINANCIAL, INC., and CITIBANK N.A., ("CITI Defendants") by and through their respective counsel of record therein.  The parties hereby agree and stipulate as follows:

1. On June 22, 2012, the Court issued its Order denying CITI Defendants' Motion to Dismiss.

///

---
1
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

2. A response to the Third Amended Complaint is due July 20, 2012 pursuant to the parties' prior extension and the Court's approval of same.

3. Due to the CITI Defendants' unavailability to verify the response to Plaintiff's Third Amended Complaint by the July 20, 2012 deadline, the CITI Defendants requested a further extension of time to respond to the Third Amended Complaint.

4. On July 19, 2012, Plaintiffs agreed to extend the CITI Defendants' time to respond to the Third Amended Complaint until July 27, 2012.

**WHEREFORE,** the parties stipulate and agree that the CITI Defendants' response to the Third Amended Complaint shall be filed by July 27, 2012.

DATED: July 19, 2012         WOLFE & WYMAN LLP

By:   */s/ Alice M. Dostalova-Busick*   .
    KELLY ANDREW BEALL
    ALICE M. DOSTÁLOVÁ-BUSICK
Attorneys for Defendant
**CITIMORTGAGE, INC., CITIFINANCIAL, INC. and CITIBANK N.A.**

DATED: July 19, 2012         PHIL RHODES LAW CORPORATION

By:   */s/ Philip J. Rhodes (authorized July 19, 2012)*.
    PHILIP J. RHODES, ESQ.
Attorneys for Plaintiffs
**KAREN QUINLAN and BOB BETZLER**

**IT IS SO ORDERED:**

Dated: July 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**