1  Philip J. Rhodes, SBN 161537
   PHIL RHODES LAW CORPORATION
2  P.O. Box 2911
   Fair Oaks, CA 95628
3  (916) 295-1222
   (916) 720-0403 fax
4  *pjrhodes@philrhodeslaw.com*

5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  KAREN QUINLAN aka KAREN BETZLER,      Case No. 2:11-cv-00986-MCE-EFB
    an individual; BOB BETZLER, an individual,
12

13        Plaintiff(s),

14  v.

15  CITIMORTGAGE, INC., a New York         **ORDER RE: STIPULATION TO EXTEND**
    Corporation; ALLIED INTERNATIONAL      **TIME TO RESPOND TO INITIAL**
16  CREDIT CORP., a Canadian Corporation;  **COMPLAINT BY NOT MORE THAN 30**
    and NATIONWIDE CREDIT, INC., a Georgia **DAYS**
17  Corporation; PENTAGROUP FINANCIAL,
    LLC, a Texas Limited Liability Company;
18  AMERICAN CORADIUS INTERNATIONAL,
    LLC, a Deleware Limited Liability Company;
19  CITIFINANCIAL, INC., a Maryland
    Corporation; CITIBANK, NATIONAL
20  ASSOCIATION, a federally-chartered National
    Bank;
21

22        Defendant(s).

23  ///

24  ///

25  ///

26  ///

27

28
                                   -1-
                    **ORDER RE: STIPULATION TO EXTEND TIME**

1    Pursuant to the Stipulation of the parties dated March 8, 2013, and for good cause, it is

2  hereby ordered that Defendant PENTAGROUP FINANCIAL, INC., has an extension of time, up

3  to and including **April 15, 2013**, within which to respond to Plaintiff's Complaint.

4       IT IS SO ORDERED.

5  Dated:  March 14, 2013

6

7

8       _____
        MORRISON C. ENGLAND, JR., CHIEF JUDGE
9       UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phil Rhodes Law Corporation

-2-
**ORDER RE: STIPULATION TO EXTEND TIME**