Philip J. Rhodes, SBN 161537
PHIL RHODES LAW CORPORATION
P.O. Box 2911
Fair Oaks, CA 95628
(916) 295-1222
(916) 720-0403 fax
*pjrhodes@philrhodeslaw.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KAREN QUINLAN aka KAREN BETZLER,
an individual; BOB BETZLER, an individual,

     Plaintiff(s),

v.

CITIMORTGAGE, INC., a New York
Corporation; ALLIED INTERNATIONAL
CREDIT CORP., a Canadian Corporation;  and
NATIONWIDE CREDIT, INC., a Georgia
Corporation; PENTAGROUP FINANCIAL,
LLC, a Texas Limited Liability Company;
AMERICAN CORADIUS INTERNATIONAL,
LLC, a Deleware Limited Liability Company;
CITIFINANCIAL, INC., a Maryland
Corporation; CITIBANK, NATIONAL
ASSOCIATION, a federally-chartered National
Bank;

     Defendant(s).

Case No. 2:11-cv-00986-MCE-EFB

**ORDER RE:  SECOND STIPULATION TO
EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT**

///

///

-1-

Phil Rhodes Law Corporation

1     Pursuant to the Stipulation of the parties dated April 15, 2013, and for good cause, it is

2  hereby ordered that Defendant PENTAGROUP FINANCIAL, LLC, has an extension of time, up

3  to and including **May 15, 2013**, within which to respond to Plaintiff's Complaint.

4

5     IT IS SO ORDERED.

6  DATED:   April 19, 2013

7

8     _____
    MORRISON C. ENGLAND, JR, CHIEF JUDGE
9     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phil Rhodes Law Corporation

-2-