Philip J. Rhodes, SBN 161537
PHIL RHODES LAW CORPORATION
P.O. Box 2911
Fair Oaks, CA 95628
(916) 295-1222
(916) 720-0403 fax
*pjrhodes@philrhodeslaw.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual, | Case No. 2:11-cv-00986-MCE-EFB |
| Plaintiff(s), | |
| v. | |
| CITIMORTGAGE, INC., a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation;  and NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; AMERICAN CORADIUS INTERNATIONAL, LLC, a Deleware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank; | **ORDER RE:  SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| Defendant(s). | |

///

///

Phil Rhodes Law Corporation

-1-

1    Pursuant to the Stipulation of the parties dated April 15, 2013, and for good cause, it is

2    hereby ordered that Defendant PENTAGROUP FINANCIAL, LLC, has an extension of time, up

3    to and including **May 15, 2013**, within which to respond to Plaintiff's Complaint.

4         IT IS SO ORDERED.

5

6    DATED:   April 19, 2013

7

8    _____

9    MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Phil Rhodes Law Corporation