ERIC D. HOUSER (SBN 130079)
ELIZABETH DOLAN SCOTT (SBN 241376)
**HOUSER & ALLISON, APC**
9970 Research Drive
Irvine, California 92618
Tel:     (949) 679-1111; Fax: (949) 679-1112
Email: escott@houser-law.com

Attorneys for Defendant NATIONWIDE CREDIT, INC., a Georgia Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual, | Case No. 2:11-cv-00986-MCE-EFB |
| | Honorable Morrison C. England, Jr. |
| Plaintiffs, | **ORDER GRANTING EX PARTE MOTION TO DISMISS FOR LACK OF PROSECUTION** |
| v. | |
| CITIMORTGAGE, INC., a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Corporation; AMERICAN CORADIUS INTERNATIONAL, LLC, a Delaware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK NATIONAL ASSOCIATION, a federally-chartered National Bank, | |
| Defendants. | |

On July 31, 2013 Defendant NATIONWIDE CREDIT, INC filed an Ex Parte Motion to Dismiss Plaintiffs' Third Amended Complaint as against Nationwide on grounds that Plaintiffs failed to file a Fourth Amended Complaint realleging their sole remaining potential claim against Nationwide, for Invasion of Privacy. By the terms of the Court's Memorandum and Order filed July 1, 2013, Plaintiffs' claims against Nationwide for violations of the Federal

**ORDER RE MOTION TO DISMISS**
1

Debt Collection Practices Act, 15 U.S.C. § 1692, et seq (as set forth in Plaintiffs' First and Fifth Claims for Relief) and Plaintiff Quinlan's claim for violations of the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788, et seq., (Plaintiff's Second Claim for Relief) were dismissed without leave to amend.  Plaintiffs were, however, given leave to amend their Sixth Claim for Relief, for Invasion of Privacy.  No amended complaint has been forthcoming despite the fact that well over 30 days have passed since the Court's Order permitting amendment was issued.

      The Court, having read and considered Defendant's Ex Parte Motion, and no opposition having been made, hereby ORDERS as follows:

      **GOOD CAUSE APPEARING, IT IS ORDERED** that Defendant NATIONWIDE CREDIT, INC.'s Ex Parte Application to Dismiss for Lack of Prosecution (ECF No. 69) be granted.

      **IT IS FURTHER ORDERED** that all of Plaintiffs' claims against Defendant NATIONWIDE CREDIT, INC. in this lawsuit are dismissed with prejudice in their entirety.

Dated:  August 7, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**ORDER RE MOTION TO DISMISS**
2