UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITIMORTGAGE, INC.,. A New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; AMERICAN CORADIUS INTERNATION, LLC, a Delaware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank,<br><br>   Defendants. | No.  2:11-cv-00986-MCE-EFB<br><br>**ORDER** |

Presently before the Court are Motions to Dismiss brought by Defendants Allied International Credit Corp. and Pentagroup Financial, LLC. Pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

Both Motions are alternatively brought as requests for more definite statement.  Given Plaintiffs' failure to file any opposition to either Motion prior to the scheduled June 27, 2013 hearing date, the Court issued an Order to Show Cause on August 6, 2013 as to why the claims that were the subject of the Motions should not be dismissed, with prejudice.  On August 15, 2013, Plaintiffs responded to the Order to Show Cause indicating that they had no objection to such dismissal.

Given that lack of objection, and good cause appearing, the Motions to Dismiss brought on behalf of Defendants Allied International Credit Corp. and Pentagroup Financial LLC (ECF Nos. 56 and 57, respectively) are GRANTED.  The Sixth and Seventh Claims for relief against said Defendants are accordingly dismissed, with prejudice.

IT IS SO ORDERED.

Dated:  August 21, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT