# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIMORTGAGE, a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; AMERICAN CORADIUS INTERNATIONAL, LLC., a Delaware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank<br><br>  Defendants. | Case No   11-cv-00986-MCE-EFB<br><br>**ORDER ON DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE OSC RE: PLAINTIFFS' FAILURE TO FILE OPPOSITIONS TO MOTIONS TO DISMISS**<br><br>**DATE:**    August 22, 2013<br>**TIME:**    2:00 p.m.<br>**CTRM:**   7 |

1

**REQUEST TO APPEAR TELEPHONICALLY – 12-CV-00986 MCE**

14414848.1

After consideration by this Court, Defendants CITIMORTGAGE, INC., CITIBANK, N.A., CITIFINANCIAL, INC., AMERICAN CORDADIUS INTERNATIONAL, LLC, ALLIED INTERNATIONAL CREDIT CORP., (US), erroneously sued as ALLIED INTERNATIONAL CREDIT CORP. and PENTAGROUP FINANCIAL, LLC request to allow counsel Kelly Andrew Beall, Esq. appear by telephone at the OSC re: Plaintiffs' Failure to File Oppositions to Motions to Dismiss is hereby granted.

Counsel Kelly Andrew Beall shall be available at his office number of 949-263-2460 for the duration of the hearing.

IT IS SO ORDERED.

Dated:  August 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT