Kelly Andrew Beall (SBN 162456)
kabeall@wolfewyman.com
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

Attorneys for Defendants
CITIMORTGAGE, INC.; CITIBANK, N.A.;
CITIFINANCIAL, INC.; AMERICAN CORADIUS
INTERNATIONAL, LLC; ALLIED INTERNATIONAL
CREDIT CORP., (US), erroneously sued as ALLIED INTERNATIONAL CREDIT CORP.;
PENTAGROUP FINANCIAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; AMERICAN CORADIUS INTERNATIONAL, LLC., a Delaware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank<br><br>Defendants. | Case No. 2:11-cv-00986-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Request to File Documents Under Seal]*<br><br>Hon. Morrison C. England, Jr. |

The Request of Defendants CitiMortgage, Inc., CitiFinancial, Inc. CitiBank N.A., American Coradius International, LLC; Allied International Credit Corp. and Pentagroup Financial, LLC ("Defendants") to file under seal the following documents in support of Defendants' Motions for Summary Judgment, or in the alternative, Motions for Partial Summary Judgment is GRANTED:

1. Documents attached to the Declaration of Tom McCausland for Allied International Credit Corp.

      a.      Collection Agency Agreement (Nos. 000001-000024);

      b.      Collection Training Materials (Nos. 000025-000058).

2. Documents attached to the Declaration of Robert Duggan for American Coradius.

      a.      Collection Agency Agreement (Nos. 000059-000091);

      b.      Collection Training Materials (Nos. 000092-000099).

3. Documents attached to the Declaration of Will Pizano for Pentagroup, LLC.

      a.      Collection Agency Agreement (Nos. 000100-000132);

      b.      Collection Training Materials (Nos. 000133-000248).

4. Documents attached to the Declaration of Michelle Toepfert for CitiMortgage, Inc.

      a.      Collection Training Materials (Nos. 000249-00274).

The aforementioned documents shall remain under seal pending this Court's determination of whether they should remain permanently sealed.

IT IS SO ORDERED.

Dated:  February 26, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT