Philip J. Rhodes, SBN 161537
PHIL RHODES LAW CORPORATION
P.O. Box 2911
Fair Oaks, CA 95628
(916) 295-1222
(916) 720-0403 fax
*pjrhodes@philrhodeslaw.com*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br>    Plaintiff(s),<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; AMERICAN CORADIUS INTERNATIONAL, LLC, a Deleware Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank;<br>    Defendant(s). | Case No. 2:11-cv-00986-MCE-EFB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT**<br><br>Date:    April 17, 2014<br>Time:    2:00 p.m.<br>Place:    Courtroom 7<br>           501 I Street, 14th Floor<br>           Sacramento, CA 95814<br>Judge:   Morrison C. England |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      YOU ARE HEREBY NOTIFIED THAT on the date and time stated above or as soon thereafter as the matter can be heard in Department 7 of this Court.  KAREN QUINLAN aka KAREN BETZLER and BOB BETZLER will move this court for an order of partial summary judgment in its favor.  This motion will be made on the grounds that no disputed issues of fact remain to be adjudicated on the four claims for relief against   CITIMORTGAGE, INC.; ALLIED

-1-
**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

1  INTERNATIONAL CREDIT CORP. (US);  PENTAGROUP FINANCIAL, LLC; and
2  AMERICAN CORADIUS INTERNATIONAL; and CITIBANK, NATIONAL ASSOCIATION.

This motion will be based on this Notice and Motion for Summary Adjudication, the attached Memorandum of Points and Authorities, the Separate Statement of Undisputed Facts in Support of Motion for Summary Adjudication and the Declarations of Karen Betzler, And Philip J. Rhodes, as well as the complete pleadings, records and papers filed herein, and upon such oral and documentary evidence as may be presented at the time of the hearing.

PHIL RHODES LAW CORPORATION

Date:  March 13, 2014

/s/ Philip Rhodes

PHILIP RHODES
Attorney for Plaintiffs
KAREN QUINLAN aka BETZLER and BOB BETZLER

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**