UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN QUINLAN aka KAREN BETZLER, an individual; BOB BETZLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; ALLIED INTERNATIONAL CREDIT CORP., a Canadian Corporation; and NATIONWIDE CREDIT, INC., a Georgia Corporation; PENTAGROUP FINANCIAL, LLC, a Texas Limited Liability Company; CITIFINANCIAL, INC., a Maryland Corporation; CITIBANK, NATIONAL ASSOCIATION, a federally-chartered National Bank,<br><br>Defendants. | Case No.: 2:11-cv-00986-MCE-EFB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** based on the parties' Stipulation of Dismissal pursuant to FRCP 41(a)(1)(A)(ii) filed on August 8, 2014, IT IS HEREBY ORDERED that Defendants CITIMORTGAGE, INC.; CITIBANK, N.A., CITIFINANCIAL, INC.; AMERICAN CORADIUS INTERNATIONAL, LLC; ALLIED INTERNATIONALCREDIT CORP. and PENTAGROUP FINANCIAL, LLC are hereby dismissed with prejudice.

///

///

The Court expressly retains jurisdiction to enforce the terms of the settlement agreement. (*Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 375, 381, 114 S.Ct. 1673, 1677 (1994).) The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  August 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT